AO 245D    Judgment in a Criminal Case for Revocations
(Rev. 12/19)   Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| TONY CHERENFANT | Case No. 7:17-CR-00009-HL-TQL(1) |
| | USM No. 16255-104 |
| | NICOLE WILLIAMS |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1-11    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

**Violation Number**      **Nature of Violation**      **Violation Ended**
**SEE ATTACHMENT**

The defendant is sentenced as provided in pages 2 through __2__. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   3891            November 27, 2023
                                                                               Date of Imposition of Judgment

Defendant's Year of Birth:   1983                     s/Hugh Lawson
                                                                                    Signature of Judge

City and State of Defendant's Residence:              HUGH LAWSON
Miami, Florida                                       SENIOR UNITED STATES DISTRICT JUDGE
                                                                                     Name and Title of Judge

                                                                                      November 28, 2023
                                                                                                   Date

AO 245D    Judgment in a Criminal Case for Revocations
Rev. 12/19)    Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: TONY CHERENFANT
CASE NUMBER: 7:17-CR-00009-HL-TQL(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 24 months.

No term of supervised release is to follow.

☒    The court makes the following recommendations to the Bureau of Prisons:
Immediately pay the unpaid restitution balance of $575,782.49 as directed by the BOP while incarcerated.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m. on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failed to Report to Probation | 2/07/2022 |
| 2 | Failed to Report to Probation | 2/08/2022 |
| 3 | Failed to refrain from using a controlled substance | 5/24/2022 |
| 4 | Failed to work regularly as required | 12/02/2022 |
| 5 | Failed to maintain a single residence as directed | 12/29/2022 |
| 6 | Failed to submit to a urinalysis testing as instructed | 12/29/2022 |
| 7 | Failed to refrain from using a controlled substance | 1/17/2023 |
| 8 - 11 | Failed to submit to a urinalysis testing as instructed | 2/13/2023 |

Violations 12-16 are still pending in South Florida